IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | 5:19-CR-18 |
| v. | : | |
| | : | |
| (1) JOSE E. ORDAZ AVALOS | : | VIOLATIONS: |
| (2) ALBRUCE GREEN, a/k/a "B" | : | |
| (3) ALEX RAYMOND, a/k/a "Mouse" | : | 21 U.S.C. § 846 i/c/w |
| (4) JOSEPH FAIRLEY | : | 21 U.S.C. § 841(a)(1) |
| (5) TONY COLLINS | : | 21 U.S.C. § 841(b)(1)(A)(viii) |
| (6) CURRY CLOWERS | : | 21 U.S.C. § 841(b)(1)(B)(viii) |
| (7) ANTONIO LAVAR ROBINSON | : | 21 U.S.C. § 841(b)(1)(C) |
| | : | 21 U.S.C § 841(b)(1)(D) |
| | : | 18 U.S.C. § 924 (c)(1)(A) |
| | : | 18 U.S.C. § 2 |
| | : | UNDER SEAL |

THE GRAND JURY CHARGES:

COUNT ONE
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE

That from on or about January 1, 2017, to on or about August 30, 2018, the exact dates being unknown, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

JOSE E. ORDAZ AVALAOS
ALBRUCE GREEN, a/k/a "B"
ALEX RAYMOND, a/k/a "Mouse"
JOSEPH FAIRLEY
TONY COLLINS
CURRY CLOWERS
and
ANTONIO ROBINSON

1

did conspire with each other and with others, both known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to-wit: more than (50) grams of methamphetamine, all in violation of Title 21, United States Code, Section 846, i/c/w Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and Title 18 United States Code, Section 2.

## COUNT TWO
## DISTRIBUTION OF METHAMPHETAMINE

That on or about February 27, 2017, in the Macon Division of the Middle District of Georgia,

### ALBRUCE GREEN, AKA "B"

aided and abetted by others, both known and unknown to the Grand Jury, did knowingly and intentionally distribute a Schedule II controlled substance, to wit: more than (5) grams of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii), and Title 18, United States Code, Section 2.

## COUNT THREE
## DISTRIBUTION OF METHAMPHETAMINE

That on or about March 17, 2017, in the Macon Division of the Middle District of Georgia,

### ALBRUCE GREEN, AKA "B"

aided and abetted by others, both known and unknown to the Grand Jury, did knowingly and intentionally distribute a Schedule II controlled substance, to wit: more than (50) grams of methamphetamine , in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) (viii) and Title 18, United States Code, Section 2.

## COUNT FOUR
## DISTRIBUTION OF METHAMPHETAMINE

That on or about April 14, 2017, in the Macon Division of the Middle District of Georgia,

**ALBRUCE GREEN, AKA "B"**

aided and abetted by others, both known and unknown to the Grand Jury, did knowingly and intentionally distribute a Schedule II controlled substance, to wit: more than (50) grams of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT FIVE
## DISTRIBUTION OF METHAMPHETAMINE

That on or about January 31, 2018, in the Macon Division of the Middle District of Georgia,

**ALBRUCE GREEN, AKA "B"**

aided and abetted by others, both known and unknown to the Grand Jury, did knowingly and intentionally distribute a Schedule II controlled substance, to wit: more than (5) grams of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii) and Title 18, United States Code, Section 2.

## COUNT SIX
## DISTRIBUTION OF METHAMPHETAMINE

That on or about February 13, 2018, in the Macon Division of the Middle District of Georgia,

**ALBRUCE GREEN, AKA "B"**

aided and abetted by others, both known and unknown to the Grand Jury, did knowingly and intentionally distribute a Schedule II controlled substance, to wit: more than five (5) grams of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii) and Title 18, United States Code, Section 2.

## COUNT SEVEN
## DISTRIBUTION OF METHAMPHETAMINE

That on or about June 8, 2018, in the Macon Division of the Middle District of Georgia,

**ALBRUCE GREEN, AKA "B"**

aided and abetted by others, both known and unknown to the Grand Jury, did knowingly and intentionally distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT EIGHT
## POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE

That on or about August 27, 2018, in the Macon Division of the Middle District of Georgia,

**ALBRUCE GREEN, AKA "B"
and
ANTONIO ROBINSON**

aided and abetted by others, both known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to wit: more than 50 grams methamphetamine and less than 50 kilograms of marijuana, a

4

Scheduled I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), 841 (b)(1)(A)(viii), 841 (b)(1)(D) and Title 18, United States Code, Section 2.

## COUNT NINE
## POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE

That on or about June 15, 2018, in the Macon Division of the Middle District of Georgia,

### ANTONIO ROBINSON

aided and abetted by others, both known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detactable amount of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT TEN
## POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME

That on or about June 15, 2018, in the Macon Division of the Middle District of Georgia,

### ANTONIO ROBINSON

aided and abetted by others, both known and unknown to the Grand Jury, did knowingly possess a firearm, that is, an H.R. .32 caliber revolver, serial number 092292, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is: the offenses alleged in Count One and Count Nine, in violation of

5

Title 18, United States Code, Sections 924(c)(1)(A) and Title 18, United States Code, Section 2.

## COUNT ELEVEN
## POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE

That on or about August 15, 2018, in the Macon Division of the Middle District of Georgia,

### TONY COLLINS

aided and abetted by others, both known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to wit: more than (5) grams of Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(B)(viii) and Title 18, United States Code, Section 2.

## COUNT TWELVE
## POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE

That on or about August 19, 2018 in the Macon Division of the Middle District of Georgia,

### ALEX RAYMOND

aided and abetted by others, both known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to wit: more than (50) grams of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT THIRTEEN
## POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE

That on or about August 20, 2018, in the Macon Division of the Middle District of Georgia,

**JOSEPH FAIRLEY**

aided and abetted by others, both known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a Schedule II controlled substances, to-wit: more than (50) grams of methamphetamine; more than (28) grams of cocaine base, also known as crack cocaine; a mixture and substance containing oxycodone; and less than 50 kilograms of marijuana, a Scheduled I controlled substance in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), 841 (b)(1)(B)(iii), 841 (b)(1)(C); 841 (B)(1)(D) and Title 18, United States Code, Section 2.

## COUNT FOURTEEN
## POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME

That on or about August 20, 2018, in the Macon Division of the Middle District of Georgia,

**JOSEPH FAIRLEY**

aided and abetted by others, did knowingly possess a firearm, that is, an H.R. .32 caliber revolver, serial number 092292, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is: the offenses alleged in Count One and Count Thirteen, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and Title 18, United States Code, Section 2.

## COUNT FIFTTEEN
## POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE

That on or about June 14, 2018, in the Macon Division of the Middle District of Georgia,

**CURRY CLOWERS**

aided and abetted by others both known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to wit: more than (50) grams of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PRESENTED BY:
CHARLES E. PEELER
UNITED STATES ATTORNEY

CHARLES L. CALHOUN
ASSISTANT UNITED STATES ATTORNEY

*Filed in open court this* __13__ *day of* __March__ A.D. 20 __19__.
__C. Alston__
*Deputy Clerk*