IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 5:19-CR- |
| TONY COLLINS | : |
| Defendant | : |

### P L E A

I, TONY COLLINS, having been advised of my Constitutional rights and having had the charges herein stated to me in open court, plead NOT GUILTY to the Indictment in open court, this 4th day of April, 2019.

_____
TONY COLLINS
DEFENDANT

_____
ATTORNEY FOR DEFENDANT

_____
CHARLES L. CALHOUN  w/express permission
ASSISTANT UNITED STATES ATTORNEY