# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

United States of America )
v. )
) Case No. 5:19-CR-00018-005(CAR)
TONY COLLINS )
*Defendant* )

20201118 6356B
Fid 904885
USMS 0176-120

[Stamp: 2019 NOV 18 PM 1:4_ U.S. MARSHALS SVC MIDDLE GEORGIA]

## BENCH WARRANT FOR ARREST

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* TONY COLLINS ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

Violations of the conditions of pretrial release as outlined in the Petition.

**This is a bench warrant issued at the direction of CHARLES H. WEIGLE, U.S. Magistrate Judge, Middle District of Georgia. No bail is allowed under the warrant unless permission of the Court in obtained.**

Date: November 14, 2019

s/ Gail G. Sellers
*Issuing officer's signature*

City and state: ATHENS, GEORGIA

Gail G. Sellers, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 11-18-19 , and the person was arrested on *(date)* 11/26/19
at *(city and state)* Gray, GA .

Date: 11/26/19

Benjie B___
*Arresting officer's signature*

Benjie Binford  DUSM
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: TONY COLLINS

Known aliases: 

Last known residence: 

Prior addresses to which defendant/offender may still have ties: 

Last known employment: 

Last known telephone numbers: 

Place of birth: 

Date of birth: 

Social Security number: 

Height:                                             Weight: 

Sex:                                                Race: 

Hair:                                               Eyes: 

Scars, tattoos, other distinguishing marks: 

History of violence, weapons, drug use: 

Known family, friends, and other associates *(name, relation, address, phone number)*: 

FBI number: 

Complete description of auto: 

Investigative agency and address: 

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: 

Date of last contact with pretrial services or probation officer *(if applicable)*: